LESLEE FERRERO, Individually and as Administratrix of PETER FERRERO, Deceased, Appellant, v BEST MODULAR HOMES, INC., Defendant and Third-Party Plaintiff-Respondent, and LAWN RANGER, Doing Business as K.O. PROPERTY MANAGEMENT, et al., Defendants and Third-Party Defendants.

Submitted December 11, 2006; decided January 16, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

DONNA M. HUGHES, Respondent, v PAUL F. FARREY, Appellant.

Submitted December 4, 2006; decided January 16, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

NAHSHON JACKSON, Appellant, v STATE OF NEW YORK, Respondent.

Submitted December 4, 2006; decided January 16, 2007

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.